## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br><br>VS.  <br><br>JOSEPH BELL,  <br>  Defendant. | )  <br>)  <br>)  <br>)  <br>) No. 19-MJ-400STE  <br>)  <br>)  <br>)  <br>)  <br>) Violation: 18 U.S.C., §§ 7, 13  <br>)             47 O.S.A.. § 11-902D  <br>)             47 O.S.A.. § 11-901  <br>) |

### INFORMATION

The United States Attorney charges:

**Count 1**   N6.

On or about August 2, 2019, in the Western District of Oklahoma at Ft. Sill Military Reservation, at or near Spaulding Avenue and Snow Road,

---------------- **JOSEPH BELL** --------------

the defendant, did drive and operate a black 2018 Kia Sportage motor vehicle bearing Colorado tag #BTJ975 while having a breath alcohol concentration of fifteen-hundredths (0.15) or more.

All in violation of Title 47, Section 11-902(A)(2) and (D) of the Oklahoma Statutes, and Title 18, United States Code, Sections 7(3) and 13.

**Count 2**   N6.

On or about August 2, 2019, in the Western District of Oklahoma at Ft. Sill Military Reservation, at or near Spaulding Avenue and Snow Road,

---------------- **JOSEPH BELL** --------------

the defendant, did drive a motor vehicle in a careless or wanton manner without regard for the safety of persons or property to wit: driving through the Buffalo Acres housing area at 48 miles per hour in a 15 mile per hour zone.

All in violation of Title 47, Section 11-901(A) of the Oklahoma Statutes, and Title 18, United States Code, Sections 7(3) and 13.

Dated this 5th day of August 2019.

TIMOTHY J. DOWNING
United States Attorney

*/s/ Rebecca A Ashby*
REBECCA S. ASHBY
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, OK 73503
(580) 558-1096